479 A.2d 1120

Commonwealth v. Gaerttner, Appellant.
Petition for Allowance of Appeal
Denied Feb. 14, 1985.

Argued November 29, 1983. Alan Ellis, for appellant; Paul J. Susko, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.